IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CARLOS ALONSO PUERTORUIZ, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-496-CDL-AGH |
| | * |
| Warden, STEWART DETENTION CENTER, *et al.*, | * |
| Respondents. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 29, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 30th day of December, 2025.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk